Wallace E. HENSLEY,
Plaintiff-Appellant,

v.

Joseph A. CALIFANO, Jr., Secretary of
Health, Education and Welfare,
Defendant-Appellee.

No. 79-1270
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Aug. 23, 1979.

Thomas F. Condon, Pensacola, Fla., for plaintiff-appellant.

Emory O. Williams, Jr., Asst. U. S. Atty., Pensacola, Fla., Alan M. Grochal, Baltimore, Md., for defendant-appellee.

Before CLARK, GEE and HILL, Circuit Judges.

PER CURIAM:

This is an attempted appeal from administrative denial of a Social Security disability claim on grounds of res judicata. The Secretary also refused to reopen earlier claims. Such refusals to reopen and determinations that a claim is res judicata are not reviewable. *Matos v. Secretary of H.E.W.*, 581 F.2d 282 (1st Cir. 1978). The court below correctly dismissed for want of jurisdiction.

AFFIRMED.